```
                      UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF FLORIDA
                         JACKSONVILLE DIVISION
```
JUDITH A. VISCONTI,

      Plaintiff,

v.                                            Case No.   3:08-cv-430-J-33MCR

MICHAEL J. ASTRUE, Commissioner of
Social Security,

      Defendant.
_____/

## ORDER

This matter comes before the Court on consideration of United States Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. # 5), entered on May 19, 2008, recommending that Plaintiff's Affidavit of Indigency (construed as a Motion to Proceed In Forma Pauperis)(Doc. # 2) be denied without prejudice to Plaintiff filing a paid complaint.[1] As of this date, neither party has filed an objection to the report and recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9

---

[1] The record reflects that Plaintiff paid the filing fee of $350.00 in this case on May 22, 2008.

(11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge regarding the motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) United States Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. # 5) is **ACCEPTED** and **ADOPTED**.

(2) Plaintiff's Affidavit of Indigency (construed as a Motion to Proceed In Forma Pauperis)(Doc. # 2) is denied without prejudice to Plaintiff filing a paid complaint.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 9th day of June 2008.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record